# DECLARATION OF ALEX DEMYANENKO

I, Alex Demyanenko, declare as follows:

1. I am the Senior Vice President of Shed Media US, Inc. I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. Shed Media produces the *Basketball Wives* series, which airs on the VH1 network.

3. The series is comprised of a cast of women, most of whom have or have had a romantic relationship with a professional basketball player. The Show is about the women's relationships with one another and their lives.

4. The basketball players themselves may be mentioned as part of the women's describing their own lives—perhaps mentioning a difficult time with a husband or boyfriend or the awkwardness of seeing an ex-boyfriend. In other words, the basketball players are mentioned as part of the story line that is the women's lives; the players who do not appear on the show as cast members are not themselves the story line.

5. Moreover, the series rarely depicts images of basketball players, unless they actually appear on the series. When they do appear, it is again in the context of the women's lives.

6. A spinoff of the *Basketball Wives* series, *Basketball Wives: Los Angeles* (the "Show") will air for the first time on August 29, 2011. Laura Govan will appear on the Show, and it will follow the general parameters of the series, as described above.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3
4  Executed July 29, at Los Angeles, California.
5
6
7  _____
           Alex Demyanenko
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28