## DECLARATION OF VALERIE E. ALTER

I, Valerie E. Alter, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am an associate with SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, attorneys of record for Shed Media US Inc. ("**Shed Media**").  This declaration is submitted in support of defendant Shed Media's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Preliminary Injunction.  If called as a witness, I could and would competently testify to all facts within my personal knowledge.

2.      On January 1, 2010, the *New York Post* published an article titled "Wizards Gilbert Arenas and Javaris Crittenton pull pistols on each other."  A true and correct copy of this article, which I obtained from the *New York Post*'s publicly available website, is attached hereto as **EXHIBIT F**.

3.      On January 15, 2010, the *Los Angeles Times* published an article titled "Washington's Gilbert Arenas pleases guilty to gun-related charge."  A true and correct copy of this article, which I obtained from the *Los Angeles Times*'s publicly available website, is attached hereto as **EXHIBIT G**.

4.      On June 10, 2011, the sports blog www.deadspin.com published an article titled "Gilbert Arenas Did Not Have Fun On His Blind Date," which describes comments that Plaintiff made about a blind date on his Twitter account.  A true and correct copy of this article, which I obtained from *Deadspin*'s publicly available website, is attached hereto as **EXHIBIT H**.

W02-WEST:1VEA2\403768739.1                                      -1-

1        5.     On June 10, 2011, the *Business Insider* published an article entitled

2   "Gilbert Arenas Tweets About How Ugly Is Blind Date Is, Dares NBA To Fine Him

3   Again," which describes comments that Plaintiff made about a blind date on his Twitter

4   account.  A true and correct copy of this article, which I obtained from *Business Insider*'s

5   publicly available website, is attached hereto as **EXHIBIT I**.

6

7        6.     On June 10, 2011, the *Orlando Sentinel* published an article entitled

8   "Love it or hate it – that's just Giblert Arenas being his politically way-incorrect self,"

9   which describes comments that Plaintiff made about a blind date on his Twitter account.  A

10  true and correct copy of this article, which I obtained from the *Orlando Sentinel*'s publicly

11  available website, is attached hereto as **EXHIBIT J**.

12

13       7.     On January 29, 2011, the *Chicago Sun-Times* published an article

14  titled "Spending name of Arenas' game, report says" that provides details about Plaintiff

15  life with Defendant Laura Govan ("**Govan**").  The first sentence of the article states,

16  "Orlando Magic guard Gilbert Arenas' tumultuous relationship with Laura Govan has

17  made its way into the courts."  A true and correct copy of the article, which I obtained

18  from the publicly available LexisNexis database, is attached hereto as **EXHIBIT K**.

19

20       8.     On February 4, 2011, the *Washington Post* published an article

21  stating:  "You already knew the breakup of Gilbert Arenas and Laura Govan was ugly. But

22  the NBA star took it up a notch in a live radio interview Thursday, blasting his ex-fiancee

23  for trying to 'destroy' him."  A true and correct copy of the article, which I obtained from

24  the publicly available LexisNexis database, is attached hereto as **EXHIBIT L**.

25

26       9.     On February 5, 2011, the sports blog *Deadspin* published an article

27  titled "NBA Player Served With Child Support Papers At Halftime Of A Game" describing

28  Govan's serving Plaintiff with child support papers during half time of a basketball game.

W02-WEST:1VEA2\403768739.1                                   -2-

1   A true and correct copy of the article, which I obtained from the publicly available

2   LexisNexis database, is attached hereto as **EXHIBIT M**.

3

4          10.     On February 10, 2011, the *Washington Post* published an article titled

5   "Playing he-said she-said" detailing Govan's split with Plaintiff:  "With Laura Govan

6   making her split from Gilbert Arenas official with court papers (served to him courtside at

7   an Orlando Magic game last week), a few more tantalizing details have emerged from

8   what could be a very expensive breakup."  A true and correct copy of the article, which I

9   obtained from the publicly available LexisNexis database, is attached hereto as **EXHIBIT**

10  **N**.

11

12          11.     Plaintiff maintains a Twitter account using the name of

13  agentzeroshow, which can be found at http://twitter.com/#!/agentzeroshow.  On July 22,

14  2011, I printed a copy of Plaintiff's Twitter account collecting Plaintiff's comments from

15  June 12, 2011 to July 22, 2011.  I did not print Plaintiff's comments prior to June 12, 2011

16  because I previously printed a copy of Plaintiff's comments from May 31, 2011 until June

17  13, 2011 on June 13, 2011.  A true and correct copy of Plaintiff's comments on his Twitter

18  account from May 31, 2011 to June 13, 2011, which I obtained from the publicly available

19  Twitter website on June 13, 2011, is attached hereto as **EXHIBIT O**.  A true and correct

20  copy of Plaintiff's comments on his Twitter account from June 13, 2011 to July 22, 2011,

21  which I obtained from the publicly available Twitter website on July 22, 2011, three days

22  before Plaintiff filed his motion, is attached hereto as **EXHIBIT P**.

23

24          12.     Exhibits O and P are voluminous, totaling more than 300 pages.

25  Thus, for the Court's convenience, excerpts showing Plaintiff's more colorful commentary,

26  including the following are attached hereto as **EXHIBIT Q**.

27

28          agentzeroshow Gilbert A. aka Jefe

perfect view from the parkin lot..then i realize WERE'S the cute ones..(i guess they went to vegas) so im stuck with scooby and the crew
31 May

agentzeroshow Gilbert A. aka Jefe
and started driving back to orl and on the way back i thought (500 +girls in one buildin thats gonna smell like FISH FILLET SANDWICHES)
31 May

agentzeroshow Gilbert A. aka Jefe
i wasnt in special ED i walked by every day teasing them with my NESQUIK..ill hit the glass and say i got straw B(MMMMMMM K)looooooooool
5 Jun

agentzeroshow Gilbert A. aka Jefe
i shouldnt get in trouble for that joke..i already pay the price in ele school..i had to ride the bus with them everyday..you know how hard
5 Jun

agentzeroshow Gilbert A. aka Jefe
it is too look cool riding the bus with the guy in front and in back licking the glass....okay u got me i was in special ED but im fine NOW

agentzeroshow Gilbert A. aka Jefe
Got hooked up on a blind date..and I guess she was blind when she picked out this outfit ..OMG I thought she was the queen of ZAMUNDA
8 Jun

agentzeroshow Gilbert A. aka Jefe
And they want me to go in public with her..I thought she had a bunch of stretch marks but it was just her shirt..lookn like SIMBA
8 Jun

agentzeroshow Gilbert A. aka Jefe
Ill let u guys know what happen after this date. Should be funny!!!
8 Jun

agentzeroshow Gilbert A. aka Jefe
She just had the nerve to ask me if I like her shirt..."ummmmmm yea on my floor near the fire place"imma call PETA to come get you
8 Jun

agentzeroshow Gilbert A. aka Jefe
Look at this hot mess...she all most caught me takin the pic..
http://lockerz.com/s/108945230
8 Jun

agentzeroshow Gilbert A. aka Jefe

This dragon can eat....I'm glad were at a all u can eat... She went to the rest rm..I think I'm busted you guys. Her friend texted her.
8 Jun

agentzeroshow Gilbert A. aka Jefe
I don't think imma get the goods tonight...I messed my chances up..she looked mad..over there lookin like a thunder cat...
8 Jun

agentzeroshow Gilbert A. aka Jefe
If I would hav known i would mess this up I would have taken her to get a "rudy tutti fresh and fruiti meal"from ihop..grrrrrrrrrrrrrrr
8 Jun

agentzeroshow Gilbert A. aka Jefe
for everybody talkin about my BM on that tv show..i dont care what she does..if she gets a job i play less money to her(SMART THINKER HERE)
26 Jun

agentzeroshow Gilbert A. aka Jefe
most players dont know that.. 1 they cant lie about u on tv u can sue the show 2 if they hav a job it lowers ur pay...so let them work
26 Jun

agentzeroshow Gilbert A. aka Jefe
trust me my name wont be said like u think remember a lady named shaunie oneal..how many times did she kill shaq...ummmmmm none.(LAWSUIT)lol
26 Jun

agentzeroshow Gilbert A. aka Jefe
so chris bosh let ur ex work the show....let them run around tellin how they USED to live and throw water in each other face...
26 Jun

agentzeroshow Gilbert A. aka Jefe
it makes me laugh..the water just messed up the weaves now there running around yelling lookin like WATER RATS..
26 Jun

agentzeroshow Gilbert A. aka Jefe
the show should be called..(i almost made it)kinda like tryin out for A team and gettn cut last..u got the practice jersey..not the real one
26 Jun

agentzeroshow Gilbert A. aka Jefe
Sumbody tell tmz.I care more about watchn ppl plank then my ex on tv.PS i almost got away with plankn on the luggage screener at the airport
28 Jun

1

2    agentzeroshow Gilbert A. aka Jefe
     Just finished my check list.Smell good "check"gum "check" rub one out"check"can't be

3    horny walkin into a club I don't want no 10 to 2 girl
     9 Jul

4

5    agentzeroshow Gilbert A. aka Jefe
     At 10 she's a 2 after a few drinks by 2am she's a 10..I don't want those lmao

6    9 Jul

7    agentzeroshow Gilbert A. aka Jefe
     Ladies pls do not wear sex on the first night outfits and ur just there to dance..yall confuse

8    the hell outta us..
     9 Jul

9

10          13.     I revisited Plaintiff's Twitter account on July 27, 2011 and I noticed

11   that many of the comments noted above had been removed and that Plaintiff's Twitter

12   account now only displays comments from June 2, 2011.  A true and correct copy of all of

13   the comments shown on Plaintiff's Twitter on July 27, 2011, which I obtained from the

14   publicly available Twitter website on July 27, 2011, is attached hereto as **EXHIBIT R**.

15

16          14.     My office compared Plaintiff's Twitter account as it existed on July

17   27, 2011 with that account as it existed on July 22, 2011 and June 13, 2011.  The material

18   removed from Plaintiff's account was not sequential or done in any other way to suggest

19   that it was removed by an automated process.  On the contrary, many of the comments

20   noted above, as well as other comments that would have assisted Shed Media in this

21   lawsuit were removed.  A true and correct copy of the comparison that my office

22   conducted is attached hereto as **EXHIBIT S**.  All of the starred material was present on

23   Plaintiff's Twitter account on either July 22, 2011 or June 13, 2011 and removed by July

24   27, 2011.

25

26          15.     A true and correct copy of a photograph that Plaintiff posted of

27   himself "planking" in the women's restroom with the caption "I know what ur thinkn..but I

28   dropped my phone..'excuse me Ms but can u kick me my phone'hahaha"

1

2

3

4

5

6

7

8

9



10

11 that I obtained from the publicly available website http://lockerz.com/s/115935093 is

12 attached hereto as **EXHIBIT T**.

13

14          16.     A true and correct of Plaintiff's Twitter account showing the following

15 photo as his Twitter thumbnail that I obtained on July 28, 2011 from the publicly available

16 Twitter website is attached hereto as **Exhibit U**, and a true and correct copy of the image

17 itself, that I obtained on July 28, 2011 from the publicly available website

18 http://a1.twimg.com/profile_images/1465812418/women_20are_20dicks.jpg is attached

19 hereto as **Exhibit V**.

20

21

22

23



24

25

26

27          I declare under penalty of perjury under the laws of the United States of

28 America that the foregoing is true and correct.

1          Executed August 2, 2011, at Los Angeles, California.

2

3

4          _____
           Valerie E. Alter

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:1VEA2\403768739.1                    -8-