UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT J. ARENAS, JR., an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>SHED MEDIA US INC,. a Delaware corporation; LAURA GOVAN, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. LACV11-5279 DMG (MRWX)<br><br>**ORDER GRANTING DEFENDANT SHED MEDIA'S *EX PARTE* APPLICATION TO FILE LATE OPPOSITION BRIEF [21]** |

W02-WEST:1VEA2\403801194.1

The *ex parte* application brought by Defendant Shed Media US Inc. ("**Shed Media**") to excuse its day-late filing of its opposition to Plaintiff Gilbert J. Arenas, Jr.'s ("**Plaintiff**") motion for preliminary injunction has been considered by the Court.

Having reviewed the application and supporting documents, the Court hereby GRANTS Shed Media's *ex parte* application and accepts the day-late filing of the Opposition to Plaintiff's motion for preliminary injunction.  Furthermore, Plaintiff is granted an additional day, until August 9, 2011, to file its reply to Shed Media's opposition.

Dated: August 2, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

W02-WEST:1VEA2\403801194.1